41942. SUN INSURANCE OFFICE, LTD. v. FIRST NATIONAL BANK & TRUST COMPANY.

FELTON, Chief Judge. The Supreme Court, in *First Nat. Bank &c. Co. v. Sun Insurance Office, Ltd.,* 222 Ga. 559 (150 SE2d 803) reversed the judgment of reversal entered by this court in this case (113 Ga. App. 782 (149 SE2d 753)). The judgment of reversal by this court is vacated and the judgment of the trial court is affirmed in compliance with the judgment and mandate of the Supreme Court.

*Judgment affirmed. Frankum and Pannell, JJ., concur.*

DECIDED OCTOBER 17, 1966.

*Smith, Ringel, Martin & Lowe, Ralph H. Witt,* for appellant.
*Hull, Towill & Norman, Julian B. Willingham,* for appellee.